# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:12 cv 223

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **3338 BAT CAVE ROAD, OLD FORT,** | ) | |
| **McDOWELL COUNTY, NORTH** | ) | |
| **CAROLINA, as described in a Deed at** | ) | |
| **Book 1067, page 662, McDowell County** | ) | |
| **Registry, being real property, together** | ) | |
| **with the residence, and all appurtenances,** | ) | |
| **improvements, and attachments thereon,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

    **THIS MATTER** has come before the undersigned pursuant to a Motion to

Stay All Deadlines (#24) filed by the government.  In the motion, the government

requests that all deadlines in the above entitled matter be stayed pending the

Court's resolution of a Motion for Summary Judgment (#18) filed by the

government.  The government requests such relief because the government has not

deposed the claimants in this matter.  The Court does not find that such reason is

good cause for the granting of a motion to stay.  Discovery should be completed as

ordered by this Court by June 1, 2013 so the Court can consider any subsequent

motions that might be filed by either party by the July 1, 2013 deadline and be

ready for the trial of this case, if necessary, on November 12, 2013.  The Motion to

Stay all Deadlines is denied.

**ORDERED**

**IT IS, THEREFORE, ORDERED** that the Motion to Stay All Deadlines

(#24) is hereby **DENIED**.

Signed: May 13, 2013

Dennis L. Howell
United States Magistrate Judge