# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:12-cv-00223-MR-DLH

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**3338 BAT CAVE ROAD, OLD FORT,** )<br>**MCDOWELL COUNTY, NORTH** )<br>**CAROLINA, as described in a Deed** )<br>**at Book 1067, page 662, McDowell** )<br>**County Registry, being real** )<br>**property, together with the** )<br>**residence, and all appurtenances,** )<br>**improvements, and attachments** )<br>**thereon,** )<br>)<br>Defendant. | **DEFAULT JUDGMENT,**<br><br>**ENTRY OF JUDGMENT, AND**<br><br>**FINAL ORDER OF FORFEITURE** |

**THIS MATTER** is before the Court on motion of the United States for and Order directing Default Judgment pursuant to Federal Rule of Civil Procedure 55(b)(2), and for Entry of Judgment and Final Order of Forfeiture pursuant to Federal Rule of Civil Procedure 58(a) and (b) and 18 U.S.C. §§ 981, 983, 985, and 21 U.S.C. § 881.  [Doc. 29].  For reasons stated in the Government's Motion and no further response being necessary, the Motion is allowed.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Government's Motion for Default Judgment, Entry of Judgment, and Final Order of Forfeiture [Doc. 29] against the **DEFENDANT PROPERTY**:

> **3338 Bat Cave Road, Old Fort, McDowell County, North Carolina, as described in a Deed at Book 1067, page 662, McDowell County Registry, being real property, together with the residence, and all appurtenances, improvements, and attachments, thereon,**

is hereby **GRANTED** and Judgment of Forfeiture is **ENTERED** in favor of the United States against all persons and entities in the world;

2. Any right, title and interest of all persons in the world in or to the Defendant Property is hereby forfeited to the United States, and no other right, title, or interest shall exist therein;

3. The Unites States Marshal is hereby directed to dispose of the forfeited Defendant Property as provided by law.

**IT IS SO ORDERED.**

Signed: August 16, 2013

_____
Martin Reidinger
United States District Judge